## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Monix, Jerry M | Case Number:  07 B 14176 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/28/07 | Filed:  8/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  August 27, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Monterey Financial Services | Secured | 300.00 | 0.00 |
| 2. | Oreck Corporation | Secured | 70.00 | 0.00 |
| 3. | Corporate America Family CU | Unsecured | 1,214.58 | 0.00 |
| 4. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 5. | Internal Revenue Service | Priority | | No Claim Filed |
| 6. | First Premier | Unsecured | | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 8. | National Magazine Exchange | Unsecured | | No Claim Filed |
| 9. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 10. | Arnold Scott Harris, P.C. | Unsecured | | No Claim Filed |
| 11. | Time Life Books | Unsecured | | No Claim Filed |
| 12. | Sprint | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 1,584.58 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

5

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Monix, Jerry M

Printed:  8/28/07

Case Number:  07 B 14176

Judge:  Wedoff, Eugene R

Filed:  8/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: